JUDGE JONES

UNITED STATES DISTRICT COURT
SOUNTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

    -v.-                          :    INDICTMENT

YUNUS OMOTAYO KADRI,              :    07 Cr.
   a/k/a "Omotayo Yunus Kadri,"
   a/k/a "Yunus Omotayo Quadri,"  :

        Defendant.

- - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 15 2007

07 CRIM 761

COUNT ONE

The Grand Jury charges:

On or about March 21, 2006, in the Southern District of New York, YUNUS OMOTAYO KADRI, a/k/a "Omotayo Yunus Kadri," a/k/a "Yunus Omotayo Quadri," the defendant, unlawfully, willfully, and knowingly did make a false statement in an application for a passport with the intent to induce and secure the issuance of a passport under the authority of the United States for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, to wit, KADRI submitted an application for a United States passport in which he falsely represented that he was born in the Bronx, New York.

(Title 18, United States Code, Section 1542.)

_____          _____
FOREPERSON                          MICHAEL J. GARCIA
                                  United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

YUNUS OMOTAYO KADRI,
a/k/a "Omotayo Yunus Kadri,"
a/k/a "Yunus Omotayo Quadri,"

Defendant.

### INDICTMENT

07 Cr.

(18 U.S.C. § 1542.)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

8/15/07 TLC: Post 1/1/87 indictment filed.
Assigned to Judge Jones.

Peck, M.J.